**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Thomas L. Lorenzi                    Donald Cleveland
Lorenzi & Barnatt                    Attorney at Law
P. O. Box 3305                       1017 E. Dale Street
Lake Charles LA 70602                New Iberia LA 70562-1040


**REHEARING ACTION: March 25, 2009**

**Docket Number: 08   00877-KA**

**STATE OF LOUISIANA**
**VERSUS**
**C.S.D. & E.L.C.**

**Appealed from Lafayette Parish Case No. 111319**


**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Elizabeth A. Pickett**
    **Hon. Billy Howard Ezell**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **C.S.D. and E.L.C.** has this day been

    **DENIED.**
    Thibodeaux, J., would grant.




cc: Michael Harson, Counsel for the Appellee
    Michele S. Billeaud, Counsel for the Appellee